UNITED STATES of America,
Plaintiff–Appellee,

v.

Daniel Alexander FRENKEL,
Defendant–Appellant.

No. 00–50315.

D.C. No. CR–98–1261–RAP–1.

United States Court of Appeals,
Ninth Circuit.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

## MEMORANDUM [2]

Daniel Alexander Frenkel appeals the 33–month sentence imposed following his guilty plea to bank fraud, in violation of 18 U.S.C. § 1344. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Frenkel contends that the district court erred when it applied a two-level enhancement under U.S.S.G. § 3C1.1 for obstruction of justice because the district court's findings were insufficient.

We review for clear error the district court's factual findings that the defendant obstructed justice. *United States v. Ancheta,* 38 F.3d 1114, 1117–18 (9th Cir. 1994). We review de novo whether the district court's factual determinations were sufficient to support an enhancement under § 3C1.1. *United States v. Ford,* 989 F.2d 347, 351 (9th Cir.1993).

The district court found that at his suppression hearing, Frenkel had "made statements that simply weren't true," and that these statements concerned a material issue. These findings were sufficient to support the application of an enhancement for obstruction of justice. *See* U.S.S.G. § 3C1.1 cmt. n. 4(f) (listing the provision of providing "materially false information to a judge or magistrate" as an example of the type of conduct that warrants an enhancement for obstruction); *see also United States v.. Sherwood,* 98 F.3d 402, 415 (1996) (affirming the application of an enhancement pursuant to § 3C1.1 where the district court determined that a defendant gave false testimony at a suppression hearing concerning a material issue). Accordingly, the district court did not err by applying the enhancement. *See id.*

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.